**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6891**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

OLDEN TERRY, III,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:12-cr-00036-BO-1)

---

Submitted:  February 18, 2025                Decided:  March 21, 2025

---

Before NIEMEYER and KING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Olden Terry, III, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olden Terry, III, appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no abuse of discretion. Accordingly, we affirm the district court's order. *United States v. Terry*, No. 7:12-cr-00036-BO-1 (E.D.N.C. June 14, 2024). We deny Terry's motions for appointment of counsel and for "abuse of discretion compassionate release/reduction in sentence" and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
